UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
AT LEXINGTON
CASE NO. 5:14-cv-00375-KKC
*Electronically Filed*

**HEIDI ERICKSON**            **PLAINTIFF**

V.     <u>**RESPONSE TO PETITION FOR JUDICIAL REVIEW AND ANSWER TO COMPLAINT AGAINST NAMED DEFENDANTS**</u>

**COMMONWEALTH OF KENTUCKY**, *et al.*,            **DEFENDANTS**

\* \* \* \* \* \* \* \*

Respondent Commonwealth of Kentucky, Cabinet for Health and Family Services ("the Cabinet") responds as follows to Plaintiff's Petition for Judicial Review pursuant to KRS 13B.140.

1. The Cabinet admits the items attached as Addendums A, B, and C to Erickson's Petition are accurate copies of parts of the responding agency's administrative record and that Petitioner has a right under KRS Chapter 13B to ask a State Circuit Court for judicial review for final agency decisions. Respondent asks this Court to remand that petition back to the Madison Circuit Court upon dismissal of Plaintiff's other claims for the reasons argued by separate motion.

2. The Cabinet denies the agency's Final Order has numerous errors of law, fact and conjecture or was the result of any ex parte communication, fraud or misconduct.

3. The Cabinet denies the Final Order infringed on the regulatory framework, Petitioner's due process protections, federal law or her "14th Amendment protections."

4. The Cabinet denies Petitioner is entitled to reversal, stay of the final order, SNAP benefits for her dog reinstated, damages or other relief she requests.

5. The Cabinet admits Plaintiff exhausted her administrative remedies for the denial of SNAP benefits but denies Plaintiff preserved her arguments for judicial review.

6. The Cabinet denies all other allegations in the Petition/Complaint not specifically admitted.

Defendants Commonwealth of Kentucky; Cabinet for Health and Family Services, Audrey Tayse Haynes, Secretary of the Cabinet for Health and Family Services; "Division of Community Based Services"[1] Teresa James, Commissioner of the Department for Community Based Services, Public Assistance Appeals Board, Dana Nickles, Lee Guice, Colleen Hagan; Mark Neff, Maria Delacruz, Mathew Mooney, Wendy Cumpston, Rebecca Winburn, Steven Courtney, Laura Helvey, and "Doe" (unknown supervisors) in their individual and official capacities, who respond as follows the allegations, claims and demands made against them in the Complaint/Petition.

## FIRST DEFENSE

The complaint fails to state any valid claims upon which relief can be granted.

## SECOND DEFENSE

The complaint does not satisfy minimal pleading standards.

## THIRD DEFENSE

The claims against Defendants—other than the claim for judicial review—are all barred by the Eleventh Amendment to the Constitution of the United States, by sovereign immunity, by governmental immunity, by absolute quasi-judicial immunity, by federal qualified immunity and by state law qualified official immunity.

## FOURTH DEFENSE

Defendants admit Plaintiff applied to be recertified as a beneficiary of the SNAP program, but was denied an exemption for her pet dog for the reasons reflected in the record. Defendants further admit Plaintiff takes issue with that determination and seeks judicial review pursuant to

---

[1] The real title of this subdivision of the Cabinet is the Department for Community Based Services ("DCBS").

2

KRS Chapter 13B.  Defendants deny Plaintiff has asserted any valid grounds for a court to reverse the final agency determination; and Defendants deny all other allegations not specifically admitted.

WHEREFORE, the Cabinet and answering Defendants ask this Court to remand the Petition for Judicial Review to the Madison Circuit Court after it disposes of Plaintiff's meritless state and federal claims against named Defendants, that upon remand and receipt of the administrative record, a briefing schedule be established; and the Cabinet's final decision be upheld and affirmed; that all other claims be dismissed with prejudice, that they be awarded costs and any other appropriate relief to which Defendants are entitled including an award of their reasonable attorney fees.

Respectfully Submitted

/s/ D. Brent Irvin
D. Brent Irvin
Deputy General Counsel
CHFS, Office of Legal Services
275 East Main St. 5W-B
Frankfort, KY 40621
Brent.Irvin@Ky.gov
(502) 564-7905
*Counsel for Defendants*

CERTIFICATE OF SERVICE AND NOTICE OF ELECTRONIC FILING

I hereby certify that on September 19, 2014, I electronically filed the foregoing Response to Petition and Answer to Complaint with the Court and that I mailed copies to the pro se, non ECF filer at the following address:

Ms. Heidi Kristine Erickson
P.O. Box 2
Bighill, KY 40405
*Plaintiff, pro se*

/s/ D. Brent Irvin
Counsel for Defendants

3