UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
AT LEXINGTON
CASE NO. 5:14-cv-00375-KKC
*Electronically Filed*

**HEIDI ERICKSON**                                              **PLAINTIFF**

**V.**        **MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS
OR ALTERNATIVELY FOR PARTIAL SUMMARY JUDGMENT**

**COMMONWEALTH OF KENTUCKY**, *et al.*,             **DEFENDANTS**

\* \* \* \* \* \* \* \*

Defendants Commonwealth of Kentucky; Cabinet for Health and Family Services ("the Cabinet"); Audrey Tayse Haynes, Secretary of the Cabinet for Health and Family Services; "Division of Community Based Services,"[1] Teresa James, Commissioner of the Department for Community Based Services ("DCBS"); Public Assistance Appeals Board; Board Members Dana Nickles[2], Lee Guice, Colleen Hagan; Cabinet hearing officers Mark Neff, Mathew Mooney, Maria Delacruz; and DCBS SNAP benefit eligibility determination employees Wendy Cumpston[3] and Laura Helvey,[4] Defendants Commonwealth of Kentucky; Cabinet for Health and Family Services, Audrey Tayse Haynes, Secretary of the Cabinet for Health and Family Services; Teresa James, Commissioner of the Department for Community Based Services, Public Assistance Appeals Board, Dana Nickles, Lee Guice, Colleen Hagan; Mark Neff, Maria Delacruz, Mathew Mooney, Wendy Cumpston, Rebecca Winburn, Steven Courtney, Laura Helvey, and "Doe" (unknown supervisors) in their individual and official capacities (collectively CHFS Defendants), pursuant to Fed. Civ. Rules 12(c) and 56, move for partial judgment on the pleadings, or in the alternative for partial summary judgment.

---

[1] The real name is Department for Community Based Services ("DCBS").
[2] Dana's last name is spelled correctly in the caption to the complaint, but misspelled on page 2 of same.
[3] Wendy Cumpston was the DCBS Nutrition Assistance Branch manager that filed exceptions on November 21, 2013 to the Hearing Officer's Recommended Decision issued November 6, 2003.
[4] Laura Helvey is a DCBS Family Support Specialist in the SNAP program.

This case was removed from state court. Defendants anticipates that after this Court disposes of all federal claims, it will dismiss Plaintiff's state claim for judicial review of a final agency action without prejudice or remand same back to state court, and therefore they do not ask this Court to undertake that review under KRS Chapter 13B. For the same reason, Defendants do not intend to file the administrative record with this Court but will file it in state court upon remand or dismissal of the federal claims.

As grounds for this motion, Defendants refer to the attached supporting Memorandum of Law and tenders a Proposed Order in compliance with the local rules of this Court.

                                                Respectfully Submitted

                                                /s/ D. Brent Irvin
                                                D. Brent Irvin
                                                Deputy General Counsel
                                                CHFS, Office of Legal Services
                                                275 East Main St. 5W-B
                                                Frankfort, KY 40621
                                                Brent.Irvin@Ky.gov
                                                (502) 564-7905
                                                *Counsel for Defendants*

### CERTIFICATE OF SERVICE AND NOTICE OF ELECTRONIC FILING

I hereby certify that on September 19, 2014, I electronically filed the foregoing Motion, Supporting Memorandum of Law and Proposed Order, with the Court and that I mailed copies to the pro se, non ECF filer at the following address:

Ms. Heidi Kristine Erickson
P.O. Box 2
Bighill, KY 40405
*Plaintiff, pro se*

                                                /s/ D. Brent Irvin
                                                Counsel for Defendants