AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Kentucky

| | | |
|---|---|---|
| Heidi Erickson | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 5:14-CV-00375-KKC |
| Commonwealth of Kentucky, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Jack Conway, Attorney General of the Commonwealth of Kentucky

Date: 10/29/2014

/s/ S. Travis Mayo
*Attorney's signature*

Steven Travis Mayo, KBA 92628
*Printed name and bar number*

Office of the Attorney General
700 Capitol Avenue, Suite 118
Frankfort, KY 40601

*Address*

travis.mayo@ky.gov
*E-mail address*

(502) 696-5300
*Telephone number*

(502) 696-2894
*FAX number*

## CERTIFICATE OF SERVICE

I hereby certify that on October 29th, 2014, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will serve an electronic copy on all counsel of record. A hard copy of the foregoing was mailed, postage pre-paid, to:

Heidi Erickson
P.O. Box 2
Bighill, KY 40405

/s/ S. Travis Mayo
S. Travis Mayo
*Counsel for Jack Conway,*
*Attorney General of the*
*Commonwealth of Kentucky*