Case No. 15-6193

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## ORDER

HEIDI K. ERICKSON

      Plaintiff - Appellant

v.

COMMONWEALTH OF KY, CABINET FOR HEALTH AND FAMILY SERVICES, et al.

      Defendants - Appellees

   Appellant having previously been advised that failure to satisfy certain specified obligations would result in dismissal of the case for want of prosecution and it appearing that the appellant has failed to satisfy the following obligation(s):

      The proper fee was not paid or a motion to proceed informa pauperis filed by November 10, 2015.

   It is therefore **ORDERED** that this cause be, and it hereby is, dismissed for want of prosecution.

                                    **ENTERED PURSUANT TO RULE 45(a),**
                                    **RULES OF THE SIXTH CIRCUIT**
                                    Deborah S. Hunt, Clerk

Issued:  November 19, 2015