# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: November 19, 2015

Heidi K. Erickson
P.O. Box 2
Bighill, KY 40403

Mr. David Brent Irvin
Kentucky Cabinet for Health & Family Services
Office of Legal Services
275 E. Main Street
Room 5W-B
Frankfort, KY 40621

Re: Case No. 15-6193, *Heidi Erickson v. Commonwealth of KY, Cabinet f, et al*
Originating Case No. : 5:14-cv-00375

Dear Ms. Erickson and Counsel,

   The Court issued the enclosed Order today in this case.

                                        Sincerely yours,

                                        s/Michelle M. Davis
                                        Case Manager
                                        Direct Dial No. 513-564-7025

cc:  Mr. Robert R. Carr

Enclosure